**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GERARDO GOMEZ-JIMENEZ          )
ADC # 155297                                        )
    Petitioner,                                    )          **Case No. 5:15-CV-00244 JM-JTK**
v.                                                              )
                                                                   )
WENDY KELLEY, Director,               )
Arkansas Department of Correction    )
    Respondent.                                )

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 28th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE